# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ALSUM FARMS & PRODUCE, INC.,**

        **Plaintiff,**

    **v.**                                **Case No. 14-C-1153**

**RUEBEN'S COUNTY MARKET, INC., et al.,**

        **Defendants.**

---

## <u>ORDER</u>

Upon consideration of the parties' joint motion for administrative stay of proceedings as to defendant James R. Paulson only, **IT IS ORDERED** that this case is **CLOSED** for administrative purposes only. The case may be reopened at any time at the request of a party.

Dated at Milwaukee, Wisconsin, this 12th day of December, 2014.


s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge